UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

JUNIOR A. MONCION MARTINEZ,

Plaintiff,

-v-

LEONARDO AVILES SANTOS, et al.,

Defendants.

---------------------------------------------------------------------X

26-CV-9125 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On October 16, 2026, this action was removed from the Supreme Court of New York, Bronx County, by Defendants Leonardo Aviles Santos and Frontera Express LLC. *See* ECF No. 1 ("Notice of Removal"), at 1. Defendants assert that jurisdiction in this Court is proper by reason of diversity of citizenship, pursuant to 28 U.S.C. § 1332. *See id.* ¶ 3. Defendants allege that Leonardo Aviles Santos is a citizen of Mexico, and that Frontera Express LLC is a citizen of Texas. *Id.* ¶¶ 5-6. They allege that Plaintiff Junior A. Moncion Martinez is a citizen of New York. *Id.* ¶ 4.

It is well established that a limited liability company ("LLC") is deemed to be a citizen of each state of which its members are citizens. *See, e.g.*, *Handelsman v. Bedford Vill. Assocs. L.P.*, 213 F.3d 48, 51-52 (2d Cir. 2000). Thus, a notice of removal premised upon diversity of citizenship must allege the citizenship of natural persons who are members of an LLC and the place of incorporation and principal place of business of any corporate entities that are members of the LLC. *See id.*; *see also, e.g.*, *In re Bank of Am. Corp. Sec., Derivatives, and ERISA Litig.*, 757 F. Supp. 2d 260, 334 n.17 (S.D.N.Y. 2010); *Lewis v. Allied Bronze LLC*, No. 07 Civ. 1621

(BMC), 2007 WL 1299251, at *1-2 (E.D.N.Y. May 2, 2007) (remanding removed action for lack of diversity jurisdiction). In the present case, the Notice of Removal fails to do so.

Accordingly, it is hereby ORDERED that, on or before **October 28, 2026**, Defendant Frontera Express LLC shall amend its Notice of Removal to allege the citizenship of each constituent person or entity comprising the LLC (including the state of incorporation and principal place of business of any corporate entity member). If, by that date, Defendant Frontera Express LLC is unable to amend its Notice of Removal to truthfully allege complete diversity of citizenship, then the action will be remanded to the Supreme Court of New York, New York County, without further notice to either party.

Finally, Defendants are directed to, **within two business days of this Order**, serve on Plaintiff a copy of this Order and to file proof of such service on the docket. Counsel for Plaintiff is directed to file a notice of appearance on the docket **within two business days of such service**.

SO ORDERED.

Dated: October 20, 2026
New York, New York

JESSE M. FURMAN
United States District Judge